1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9 PATRICK WILLIAM BANKS,

10           Petitioner,                 No. CIV S 07-1644 LKK GGH P

11    vs.

12 M.C. KRAMER, et al.,

13          Respondents.         <u>ORDER</u>

14 _____/

15          Petitioner has requested an extension of time to file a reply to the respondents'

16 answer.  Good cause appearing, IT IS HEREBY ORDERED that:

17          1.  Petitioner's October 30, 2007 motion for an extension of time is granted; and

18          2.  Petitioner is granted thirty days from the date of this order in which to file a

19 reply to the respondents' answer.

20 DATED: 11/7/07

21                             /s/ Gregory G. Hollows

22                             GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

23 GGH:bb
bank1644.111

24

25

26